WV F

\* NOV 8 2005 \*

BROOKLYN OFFICE

November 2, 2005
**FILED ECF**

Hon. Joan M. Azrack
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Kingvision Pay-Per-View, Ltd. vs. Maritza L. Felix, et al
   Event: Trinidad/Mayorga - October 2, 2004 Program
   Civil Case No. 05-cv-3038 (JG)
   Our File No. 04-5-E08
   **Conference: November 9, 2005 at 12:15 p.m**

Dear Judge Azrack:

I write today to respectfully request a continuance of the conference scheduled for November 9, 2005.

No defendant in this matter has filed an answer to the complaint.

I advise your Honor that the plaintiff has filed a Motion for Default by ECF on November 1, 2005 as document no. 6 in the above entitled matter.

Thanking you for your courtesies in this matter, I am,

Respectfully submitted,

LONSTEIN LAW OFFICE, P.C.

By: /s/   Julie Cohen Lonstein
JCL/ad
cc: Defendants

Application Granted
Conference Adjourned
Without date

s/Joan M. Azrack

11-2-05